# Exhibit C

STATE OF MICHIGAN
THIRD JUDICIAL CIRCUIT COURT FOR THE COUNTY OF WAYNE

AMRU HASHEM,

    Plaintiff,

-v-

R3 EDUCATION INCORPORATED, dba
Medical University Of the Americas,

    Defendant.

Case No. 17-008045-CB
Hon. Lita M. Popke

FILED IN MY OFFICE
WAYNE COUNTY CLERK
5/31/2017 3:41:56 PM
CATHY M. GARRETT
/s/ Jessica Willoughby
17-008045-CB

## ORDER GRANTING IN PART PLAINTIFF'S EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

At a session of Court held in the City of Detroit, County of Wayne, and State of Michigan, on 5/31/2017.

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK
BY_____ DEPUTY CLERK

THIS MATTER is before the Court on Plaintiff's "Motion for an Emergency Temporary Restraining Order, Show Cause Order and Preliminary Injunction" filed on May 30, 2017. After a thorough review of the pleadings and having heard Plaintiff's counsel on the record, this Court finds that Plaintiff will suffer irreparable injury without this Court granting relief without notice to the Defendant. Specifically, if Plaintiff is unable to take his final epidemiology exam, he is at a high risk of being set back an entire semester of medical school which will harm his chance at finding a medical residency position upon graduation.

IT IS HEREBY ORDERED that Plaintiff's Motion for an Emergency Temporary Restraining Order is **GRANTED IN PART** and the Court Orders the following:

- Defendant, including its agents and employees, shall allow Plaintiff to take all exams necessary to complete his Epidemiology Class taught by Associate Professor Dr. Karun Dev Sharma, at a time to be mutually agreed upon within fourteen days. To the extent it is necessary to temporarily reinstate Plaintiff into the class for purposes of taking the Exam, Defendant shall do so;

- Plaintiff's Exam shall be graded in accordance with the Professor's usual standards and the results may be held pending further order of this Court;
- This Court shall conduct, and the parties shall appear at, a hearing on June 19, 2017, at 2:00 p.m. The parties shall present sworn testimony as to whether additional preliminary relief is warranted. The parties or their counsel shall contact the Court's Law Clerk, Eric Minch, to discuss the method of presenting testimony;
- Plaintiff shall serve the Defendant with all pleadings within three days of entry of this Order and also serve the individuals needed to appear at the June 19, 2017 hearing.
- If there are any issues or discrepancies regarding this Order or its enforceability, the Court shall be contacted via phone at (313) 224-2953 or via email at Eric.Minch@3rdcc.org.

Issued: May 31, 2017 at 3:30 p.m.

SO ORDERED.

HON. LITA M. POPKE
Circuit Court Judge

---

No. A 92007    E-314 BK.

STATE OF MICHIGAN,  } ss.
County of Wayne



CERTIFIED COPY —"LAW"

I, CATHY M. GARRETT, Clerk of Wayne County, and Clerk of the Circuit Court for the County of Wayne, do hereby certify, that the above and the foregoing is a true and correct copy of _order granting in part plaintiff's ex parte temporary restraining order and order to show cause_

_17-008045-CB_    _2 pages_

entered in the above entitled cause by said Court, as appears of record in my office. That I have compared the same with the original, and it is a true transcript therefrom, and of the whole thereof.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court and County, at Detroit, this day of _____ A.D. 20 ____

CATHY M. GARRETT, Clerk

Fee, $ 12.00    _Nia Pondor_ _____ , Deputy Clerk

# Sidney Frank

| | |
|---|---|
| **From:** | Vieno, Cynthia [Cynthia.Vieno@lockelord.com] |
| **Sent:** | Friday, June 02, 2017 11:41 AM |
| **To:** | Frechette, Donald |
| **Cc:** | Lapp, Daryl |
| **Subject:** | Amru Hashem v. R3 Education Inc., d/b/a Medical University of the Americas; C.A. No. 17-008045-CB |
| **Attachments:** | 2017-06-02 Letter to Azzam Elder.pdf |

Don –

Per Daryl Lapp's request, please see the attached correspondence regarding the above client/matter.

Thank you,
Cindy

**Cynthia L. Vieno**
Legal Secretary
Locke Lord LLP
111 Huntington Avenue
Boston, MA 02199
T: 617-951-3352
F: 617-227-4420
cynthia.vieno@lockelord.com
www.lockelord.com

1

# ELDER BRINKMAN LAW, P.C.
## ATTORNEY & COUNSELOR AT LAW

1360 PORTER STREET • SUITE 200 • DEARBORN, MI 48124
TELEPHONE (313) 879-0355 • FACSIMILE (313) 202-9548
ELDERBRINKMANLAW.COM

May 25, 2017

Ms. Amy LeCain
University Registrar
Medical University of the Americas
27 Jackson Road, Suite 302
Devens, MA 01434

        Re: Amru Hashem MUA Student
        Sent via email: a.lecain@mua.edu

Dear Amy LeCain,

    Please be advised that we represent one of your students, Amru Hashem. We have reviewed what has occurred since Tuesday of this week, including the facts surrounding Mr. Hashem's dismissal from course MED707 Epidemiology.

    Mr. Hashem attempted to follow the MUA Handbook procedures by communicating with his course instructor and Dr. Crump, but he was shut-down, threatened and told "this is a done deal."

    We have confirmed that our client did not miss more that 20% of this course, which is required to justify a dismissal from the course. Furthermore, several other students in this same course have missed substantially more classes without being dismissed from the course. Given the fact that Mr. Hashem does not fit the stated criteria for dismissal, we cannot help but conclude that this is either an intentional act done with malice, or an inadvertent oversight. We respectfully request that you investigate and rectify this matter as quickly as possible as our client has had to bare the brunt of such an irrational decision. He remains unable to focus on other classes and failure to correct this will impede his educational path.

    Failure to rectify and reinstate our client immediately will leave us with no choice other than to file civil action in Federal Court to seek court intervention including but not limited to injunctive relief, damages and attorneys fees. If you have legal counsel, please forward this communication to them. Please contact me, or my partner Mo Abdrabboh, if you have any further questions or wish to

discuss an amicable pre-suit resolution.

Sincerely,

*[signature]*

Azzam Elder, Esq.
1360 Porter St, Suite 210
Dearborn, MI 48124
313-582-5800