# Exhibit D

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

AMRU HASHEM

        Plaintiff,                        Case No. 17-008045-CB

v.

R3 EDUCATION INCORPORATED, a
Massachusetts Corporation doing business as
MEDICAL UNIVERSITY OF THE
AMERICAS

        Defendant.
                                                                                  /

| | |
|---|---|
| Mohammed Abdrabboh (P61989)<br>MAF LAW<br>1620 Ford Avenue<br>Wyandotte, MI 48192<br>(734) 283-7000<br>*Attorney for Plaintiff* | Sidney L. Frank (P13637)<br>Williams Williams Rattner & Plunkett, P.C.<br>380 N. Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>(248) 642-0333<br>*Attorney for Defendant* |
| Azzam Elder (P53661)<br>1360 Porter Street, Suite 250<br>Dearborn, MI 48124<br>(313) 879-0355<br>*Attorney for Plaintiff* | Donald E. Frechette (P33240)<br>Locke Lord LLP<br>20 Church Street, 20th Floor<br>Hartford, CT 06103<br>(860) 525-5065<br>*Attorney for Defendant* |

                                                                                                              /

## NOTICE TO PARTIES OF REMOVAL

TO:    Plaintiff
           c/o Azzam Elder        c/o Mohammed Abdrabboh
           1360 Porter Street       MAF LAW
           Suite 250                  1620 Ford Avenue
           Dearborn, MI 48124     Wyandotte, MI 48192

      Notice is hereby given that this case has been removed to the United States District Court for the Eastern District of Michigan, Southern Division, this 5th day of July, 2017. A copy of the Notice of Removal filed in the United States District Court is attached as <u>Exhibit 1</u>.

Respectfully submitted,

WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

By: /s/ Sidney L. Frank
Sidney L. Frank (P13637)
380 N. Old Woodward Avenue
Suite 300
Birmingham, MI 48009
(248) 642-0333
slfrank@wwrplaw.com
*Attorney for Defendant*

Dated: July 5, 2017

## CERTIFICATE OF SERVICE

I, Sidney L. Frank, certify that on July 5, 2017, I filed a copy of the foregoing paper with the Wayne County Circuit Court's Electronic Filing System, which will serve copies on counsel for all parties of record.

/s/ Sidney L. Frank
Sidney L. Frank
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Avenue
Suite 300
Birmingham, MI 48009
(248) 642-0333
slfrank@wwrplaw.com

2