# Exhibit E

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

AMRU HASHEM

        Plaintiff,

v.

R3 EDUCATION INCORPORATED, a
Massachusetts Corporation doing business as
MEDICAL UNIVERSITY OF THE
AMERICAS

        Defendant.

Case No. 17-008045-CB

/

| | |
|---|---|
| Mohammed Abdrabboh (P61989)<br>MAF LAW<br>1620 Ford Avenue<br>Wyandotte, MI 48192<br>(734) 283-7000<br>*Attorney for Plaintiff* | Sidney L. Frank (P13637)<br>Williams, Williams, Rattner & Plunkett, P.C.<br>380 N. Old Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>(248) 642-0333<br>*Attorney for Defendant* |
| Azzam Elder (P53661)<br>1360 Porter Street, Suite 250<br>Dearborn, MI 48124<br>(313) 879-0355<br>*Attorney for Plaintiff* | Donald E. Frechette (P33240)<br>Locke Lord LLP<br>20 Church Street, 20th Floor<br>Hartford, CT 06103<br>(860) 525-5065<br>*Attorney for Defendant* |

/

**NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

    TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT, pursuant to 28 *U.S.C.* §§ 1331, 1441, and 1446, defendant R3 Education Incorporated ("**Defendant**") filed removal papers with the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, regarding the above-styled action, case number 17-008045-CB. A copy of the Notice of Removal to Federal Court is attached hereto as Exhibit 1. The 3rd Judicial Circuit for the County of Wayne is respectfully

requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the Eastern District of Michigan, Southern Division.

              Respectfully submitted,

              WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

      By:    /s/ Sidney L. Frank
           Sidney L. Frank (P13637)
           380 N. Old Woodward Avenue
           Suite 300
           Birmingham, MI 48009
           (248) 642-0333
           slfrank@wwrplaw.com
           *Attorney for Defendant*

Dated: July 5, 2017

## CERTIFICATE OF SERVICE

I, Sidney L. Frank, certify that on July 5, 2017, I filed a copy of the foregoing paper with the Wayne County Circuit Court's Electronic Filing System, which will serve copies on counsel for all parties of record.

              /s/ Sidney L. Frank
             Sidney L. Frank
             Williams, Williams, Rattner & Plunkett, P.C.
             380 N. Old Woodward Avenue
             Suite 300
             Birmingham, MI 48009
             (248) 642-0333
             slfrank@wwrplaw.com