MIED (Rev. 3/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AMRU HASHEM

Plaintiff(s),

v.

R3 EDUCATION INCORPORATED d/b/a
MEDICAL UNIVERSITY OF THE AMERICAS

Defendant(s).

_____/

Case No.  2:17-cv-12178

Judge  Laurie J. Michelson

Magistrate Judge  Anthony P. Patti

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, _____R3 EDUCATION INCORPORATED_____

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

Yes ☐        No ☑

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name:
Relationship with Named Party:

2.    Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes ☐        No ☑

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date:  July 10, 2017

/s/ Sidney L. Frank
_____

P13637
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Avenue
Suite 300
Birmingham, Michigan  48009
248-642-0333
slfrank@wwrplaw.com