UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMRU HASHEM,<br><br>        Plaintiff,<br><br>  v.<br><br>R3 EDUCATION INCORPORATED,<br><br>        Defendant. | Case No. 2:17-cv-12178<br>Honorable Laurie J. Michelson<br>Magistrate Anthony P. Patti |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 10, 2017, I electronically filed Defendant's Statement of Disclosure of Corporate Affiliations and Financial Interest with the Clerk of the Court by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

/s/ Sidney L. Frank
Sidney L. Frank (P13637)
WILLIAMS WILLIAMS RATTNER &
PLUNKETT, P.C.
380 N. Old Woodward Ave., Suite 300
Birmingham, Michigan 48009
(248) 642-0333
slfrank@wwrplaw.com

*Attorneys for Defendant*
*R3 Education Incorporated*