UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMRU HASHEM,<br><br>     PLAINTIFF,<br><br>V.<br><br>R3 EDUCATION INCORPORATED,<br><br>     DEFENDANT. | Case No. 2:17-cv-12178<br><br>Honorable Laurie J. Michelson<br>Magistrate Anthony P. Patti |

## NOTICE OF APPEARANCE

Please Take Notice that Donald E. Frechette is entering his appearance in the above-captioned case on behalf of defendant, R3 Education Incorporated.

Date:  July 11, 2017          LOCKE LORD LLP
       Hartford, CT

                              By:  */s/ Donald E. Frechette*
                                   Donald E. Frechette
                                   20 Church Street, 20th Floor
                                   Hartford, CT  06103
                                   (860) 541-7713
                                   donald.frechette@lockelord.com

                                   *Attorneys for Defendant, R3*
                                   *Education Incorporated*

AM 66683361.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2017, the foregoing NOTICE OF APPEARANCE was filed with the Clerk of The Court for The Eastern District of Michigan via the Court's ECF system which will send notification of this filing to all registered Counsel of Record in this matter.

Date: July 11, 2017  
Hartford, CT

LOCKE LORD LLP

By: */s/ Donald E. Frechette*  
Donald E. Frechette  
20 Church Street, 20th Floor  
Hartford, CT  06103  
(860) 541-7713  
donald.frechette@lockelord.com

*Attorneys for Defendant, R3 Education Incorporated*