# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**AMRU HASHEM,**

    Plaintiff,

v.

**R3 EDUCATION INCORPORATED,** a Massachusetts Corporation doing business as Medical University of the Americas,

    Defendant.

Case No.: 17-cv-12178
Honorable Laurie J. Michelson
Magistrate Anthony P. Patti

_____/

**MAF LAW, P.C.**
Mohammed Abdrabboh (P61989)
Attorney for Plaintiff
1620 Ford Ave
Wyandotte, MI  48192
(734) 283-7000
mabdrabboh@hotmail.com

Azzam Elder (P53661)
Attorney for Plaintiff
1360 Porter St., Suite 250
Dearborn, MI  48124
(313) 879-0355
azzam.elder@gmail.com

**WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.**
Sidney L. Frank (P13637)
Attorney for Defendant
380 N. Old Woodward Ave., Suite 300
Birmingham, MI  48009
(248) 642-0333
slfrank@wwrplaw.com

_____/

## STIPULATION FOR ENTRY OF ORDER DISMISSING THE CASE

    Upon Plaintiff and Defendant reaching an agreement, the Parties wish now to enter the attached Proposed Order dismissing the case.

2

Wherefore, the parties pray that this Honorable Court Enter the Attached Proposed Order dismissing the case. (Exhibit A)


/s/ Mohammed Abdrabboh (by consent)
**MAF LAW, P.C.**
Mohammed Abdrabboh (61989)
Attorneys for Plaintiff
1620 Ford Ave.
Wyandotte, MI  48192
(734) 283-7000
mabdrabboh@hotmail.com


/s/ Sidney L. Frank
**WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.**
Sidney L. Frank (P13637)
Attorney for Defendant
380 N. Old Woodward Ave., Ste. 300
Birmingham, MI  48009
(248) 642-0333
slfrank@wwrplaw.com


Dated: September 20, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 20, 2017, I electronically filed the foregoing paper with the Clerk of the Court by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

/s/ Sidney L. Frank
Sidney L. Frank (P13637)
WILLIAMS WILLIAMS RATTNER
 & PLUNKETT, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, Michigan 48009
(248) 642-0333
slfrank@wwrplaw.com

*Attorneys for Defendant*
*R3 Education Incorporated*
