# Exhibit A

## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**AMRU HASHEM,**

    Plaintiff,

v.

**R3 EDUCATION INCORPORATED,** a
Massachusetts Corporation doing business as
Medical University of the Americas,

    Defendant.

Case No.: 17-cv-12178
Honorable Laurie J. Michelson
Magistrate Anthony P. Patti

_____/

**MAF LAW, P.C.**
Mohammed Abdrabboh (P61989)
Attorney for Plaintiff
1620 Ford Ave
Wyandotte, MI  48192
(734) 283-7000
mabdrabboh@hotmail.com

Azzam Elder (P53661)
Attorney for Plaintiff
1360 Porter St., Suite 250
Dearborn, MI  48124
(313) 879-0355
azzam.elder@gmail.com

**WILLIAMS, WILLIAMS,
RATTNER & PLUNKETT, P.C.**
Sidney L. Frank (P13637)
Attorney for Defendant
380 N. Old Woodward Ave., Suite 300
Birmingham, MI  48009
(248) 642-0333
slfrank@wwrplaw.com

_____/

## **STIPULATED ORDER TO DISMISS CASE**

2

Upon Plaintiff and Defendant reaching an agreement (incorporated hereto by reference), the stipulation of the parties, and the Court being otherwise fully advised in the premises, now, therefore:

**IT IS HEREBY ORDERED** that the above captioned case is dismissed with prejudice.

HONORABLE: Laurie J. Michelson
District Court Judge

Approved as to form:

/s/ Mohammed Abdrabboh  
Mohammed Abdrabboh (P61989)

/s/ Sidney L. Frank  
Sidney L. Frank (P13637)