# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**AMRU HASHEM,**

    Plaintiff,                               Case No.: 17-cv-12178
                                     Honorable Laurie J. Michelson
v.                                             Magistrate Anthony P. Patti

**R3 EDUCATION INCORPORATED,** a
Massachusetts Corporation doing business as
Medical University of the Americas,

    Defendant.
_____/

**MAF LAW, P.C.**
Mohammed Abdrabboh (P61989)        Azzam Elder (P53661)
Attorney for Plaintiff                           Attorney for Plaintiff
1620 Ford Ave                                     1360 Porter St., Suite 250
Wyandotte, MI  48192                        Dearborn, MI  48124
(734) 283-7000                                   (313) 879-0355
mabdrabboh@hotmail.com                  azzam.elder@gmail.com

**WILLIAMS, WILLIAMS,**
**RATTNER  & PLUNKETT, P.C.**
Sidney L. Frank (P13637)
Attorney for Defendant
380 N. Old Woodward Ave., Suite 300
Birmingham, MI  48009
(248) 642-0333
slfrank@wwrplaw.com
_____/

## **STIPULATED ORDER TO DISMISS CASE**

Case 2:17-cv-12178-LJM-APP   ECF No. 10, PageID.147   Filed 09/20/17   Page 2 of 2

2

Upon Plaintiff and Defendant reaching an agreement (incorporated hereto by reference), the stipulation of the parties, and the Court being otherwise fully advised in the premises, now, therefore:

**IT IS HEREBY ORDERED** that the above captioned case is dismissed with prejudice.

Dated: September 20, 2017

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

Approved as to form:

/s/ Mohammed Abdrabboh
Mohammed Abdrabboh (P61989)

/s/ Sidney L. Frank
Sidney L. Frank (P13637)